

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00912-CV

**IN THE INTEREST OF J.A.R.**, et al.

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02265
Honorable Eric Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

Delivered and Filed:  May 20, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal.  The appellee was served with a copy of Appellant's motion; Appellee has not filed a response.  Therefore, we grant the motion and dismiss the appeal and the appeal is hereby dismissed without prejudice.  *See* TEX. R. APP. P. 42.1(a)(1). Costs of this appeal are taxed against Appellant.  *See id.* R. 42.1(d).

PER CURIAM